Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977



Order Filed on August 1, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:       19-19755 (JNP) |
| Joseph H. Labonne, Jr.<br>Rebecca A. Labonne | Hearing Date:   07/31/2019 |
| Debtor(s) | Judge:          Jerrold N. Poslusny Jr. |

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: August 1, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3

Debtor: Joseph H. Labonne, Jr. and Rebecca A. Labonne

Case No.: 19-19755 (JNP)

Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 05/14/2019, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $160.00 **for a period of 60 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $4,750.00. The unpaid balance of the allowed fee in the amount of $4,350.00 plus costs of $0.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 3
Debtor: Joseph H. Labonne, Jr. and Rebecca A. Labonne
Case No.: 19-19755 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

   Total plan length of 60 months. Qiucken Loan's claim in the amount of $1,485.84 shall be paid by the Chapter 13 Trustee. Santander Consumer USA's claim in the amount of $56.23 shall be paid by the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph H Labonne Jr  
Rebecca A Labonne  
      Debtors

Case No. 19-19755-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Aug 02, 2019  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.  
db/jdb　　　+Joseph H Labonne Jr,　　Rebecca A Labonne,　　305 N 11th St,　　Millville, NJ 08332-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:  
      Denise E. Carlon　　on behalf of Creditor　　Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Kevin Gordon McDonald　　on behalf of Creditor　　Quicken Loans Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Terry Tucker　　on behalf of Debtor Joseph H Labonne Jr terrytucker@comcast.net  
      Terry Tucker　　on behalf of Joint Debtor Rebecca A Labonne terrytucker@comcast.net  
      U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6