51460
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc., dba Chrysler Capital as servicer for CCAP
Auto Lease Ltd.
JM5630_____

|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| IN RE:    JOSEPH H. LABONNE, JR.<br>            REBECCA A. LABONNE |  |
|  | CHAPTER: 13<br>CASE NO:  19-19755 (JNP)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Santander Consumer USA Inc., dba Chrysler Capital as servicer for CCAP Auto

Lease enters its appearance and the law firm of John R. Morton, Jr., Esquire,

pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for

Santander Consumer USA Inc..dba Chrysler Capital ase servicer for CCAP Auto

Lease with regard to all matters and proceedings in the above captioned case,

showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Santander Consumer USA Inc., dba Chrysler Capital as servicer for CCAP Auto

Lease pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be

given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I),

that, but for this Request, would be provided only to committees appointed pursuant

to the Bankruptcy Code or their authorized agents, be given to Santander Consumer

USA Inc.dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. by due service

upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated

above and also to it at the following address:

    Santander Consumer USA Inc.
    P.O. Box 961245
    Fort Worth, TX 76161

Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto

Lease pursuant to Fed R Bankr P 3017(a), further requests that all plans and

disclosure statements filed herein by any party be duly served upon it and its

undersigned attorneys.


                                    /s/   John R. Morton, Jr.
                                     John R. Morton, Jr., Esquire
                                    Attorney for Santander Consumer USA Inc., dba
                                    Chrysler Capital as servicer for CCAP Auto
                                    Lease

    Dated: