Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-19755 (JNP)**

Joseph H. Labonne, Jr. and Rebecca A. Labonne  
305 North 11Th Street  
Millville, NJ  08332

Monthly Payment: $160.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/2020 | $160.00 | 02/27/2020 | $160.00 | 03/23/2020 | $160.00 | 04/20/2020 | $160.00 |
| 06/01/2020 | $160.00 | 06/29/2020 | $160.00 | 07/17/2020 | $160.00 | 09/01/2020 | $160.00 |
| 09/29/2020 | $160.00 | 11/02/2020 | $160.00 | 11/30/2020 | $160.00 | 12/31/2020 | $160.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH H. LABONNE, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $2,651.20 | $1,698.80 | $881.92 |
| 1 | ALPHA RECOVERY GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,005.63 | $0.00 | $4,005.63 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $446.43 | $0.00 | $446.43 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $2,229.42 | $0.00 | $2,229.42 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $671.84 | $0.00 | $671.84 | $0.00 |
| 6 | SANTANDER CONSUMER USA, INC. | 28 | $56.23 | $0.00 | $56.23 | $0.00 |
| 7 | DISCOVER BANK | 33 | $3,254.71 | $0.00 | $3,254.71 | $0.00 |
| 8 | DIVERSIFIED CONSULTANT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FIRST NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INSPIRA MEDICAL CENTER-WOODBURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,800.87 | $0.00 | $2,800.87 | $0.00 |
| 15 | QUICKEN LOANS, INC. | 24 | $1,485.84 | $0.00 | $1,485.84 | $0.00 |
| 16 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SOUTHWEST CREDIT SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ATLAS ACQUISITIONS, LLC | 33 | $1,972.12 | $0.00 | $1,972.12 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | REBECCA A. LABONNE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DIRECTV, LLC | 33 | $810.67 | $0.00 | $810.67 | $0.00 |
| 25 | NISSAN MOTOR ACCEPTANCE CORPORATION | 33 | $421.17 | $0.00 | $421.17 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2019 | 60.00 | $160.00 |
| 06/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,920.00 |
| Total paid to creditors this period: | $881.92 |
| Undistributed Funds on Hand: | $293.12 |
| Arrearages: | ($160.00) |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**