Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-19755 (JNP)

Joseph H. Labonne, Jr. and Rebecca A. Labonne  
305 North 11Th Street  
Millville, NJ  08332

Monthly Payment: $160.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/2023 | $160.00 | 02/21/2023 | $160.00 | 03/29/2023 | $160.00 | 05/01/2023 | $160.00 |
| 05/31/2023 | $160.00 | 06/27/2023 | $160.00 | 07/31/2023 | $160.00 | 08/03/2023 | $-160.00 |
| 08/07/2023 | $160.00 | 08/25/2023 | $160.00 | 10/02/2023 | $160.00 | 10/30/2023 | $160.00 |
| 11/30/2023 | $160.00 | 12/28/2023 | $160.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH H. LABONNE, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 1 | ALPHA RECOVERY GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,005.63 | $485.93 | $3,519.70 | $419.32 |
| 3 | CAPITAL ONE, N.A. | 33 | $446.43 | $54.18 | $392.25 | $46.76 |
| 4 | CAPITAL ONE, N.A. | 33 | $2,229.42 | $270.44 | $1,958.98 | $233.36 |
| 5 | CAPITAL ONE, N.A. | 33 | $671.84 | $81.49 | $590.35 | $70.32 |
| 6 | SANTANDER CONSUMER USA, INC. | 28 | $56.23 | $56.23 | $0.00 | $0.00 |
| 7 | DISCOVER BANK | 33 | $3,254.71 | $394.82 | $2,859.89 | $340.70 |
| 8 | DIVERSIFIED CONSULTANT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FIRST NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INSPIRA MEDICAL CENTER-WOODBURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,800.87 | $339.80 | $2,461.07 | $293.22 |
| 15 | ROCKET MORTGAGE, LLC | 24 | $1,485.84 | $1,485.84 | $0.00 | $0.00 |
| 16 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SOUTHWEST CREDIT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ATLAS ACQUISITIONS, LLC | 33 | $1,972.12 | $239.21 | $1,732.91 | $206.42 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | REBECCA A. LABONNE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DIRECTV, LLC | 33 | $810.67 | $98.36 | $712.31 | $84.88 |
| 25 | NISSAN MOTOR ACCEPTANCE CORPORATION | 33 | $421.17 | $51.13 | $370.04 | $44.12 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2019 | 60.00 | $160.00 |
| 06/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,920.00 |
| Total paid to creditors this period: | $1,739.10 |
| Undistributed Funds on Hand: | $289.28 |
| Arrearages: | $0.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**