Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–19755–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph H Labonne Jr
305 N 11th St
Millville, NJ 08332

Rebecca A Labonne
aka Rebecca A Gill, aka Rebecca A Jessie
305 N 11th St
Millville, NJ 08332

Social Security No.:
xxx–xx–0096

xxx–xx–9881

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Joseph H Labonne Jr and Rebecca A Labonne
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: May 22, 2024
JAN: def

Jeanne Naughton, Clerk