| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph H Labonne Jr | Social Security number or ITIN   xxx–xx–0096 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | Rebecca A Labonne | Social Security number or ITIN   xxx–xx–9881 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19-19755-JNP | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph H Labonne Jr

Rebecca A Labonne
aka Rebecca A Gill, aka Rebecca A Jessie

10/4/24

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-19755-JNP
Joseph H Labonne Jr  Chapter 13
Rebecca A Labonne
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Oct 04, 2024    Form ID: 3180W    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph H Labonne Jr, Rebecca A Labonne, 305 N 11th St, Millville, NJ 08332-3105 |
| 518242980 | + | Alpha Recovery Group, 6912 S. Quentin Street Unit #10, Centennial, CO 80112-4531 |
| 518242981 | + | Barclay, 395 West Passaic St. Suite 205, Rochelle Park, NJ 07662-3016 |
| 518242982 | + | Capital One, 3451 Harry S. Truman Blvd., St. Charles, MO 63301-4047 |
| 518242984 | + | Capital One Bank, 3451 S. Harry S. Truman Blvd., St Charles, MO 63301-4047 |
| 518242987 | + | Diversified Consultant, 10550 Deerwood Park Blvd., Jacksonville, FL 32256-0596 |
| 518242989 | + | Inspira Medical Center-Woodbury, PO Box 150, West Berlin, NJ 08091-0150 |
| 518242990 | + | Lowes, PO Box 385908, Minneapolis, MN 55438-5908 |
| 518257116 | + | Quicken Loans Inc.., Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518892163 | #+ | Santander Consumer USA Inc.,, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518242995 | + | South Jersey Gas, PO Box 29352, Phoenix, AZ 85038-9352 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 04 2024 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 04 2024 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 04 2024 20:28:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518339872 | | EDI: ATLASACQU | Oct 05 2024 00:20:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 518273895 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 04 2024 20:28:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 518242983 | + | EDI: CAPITALONE.COM | Oct 05 2024 00:20:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518271415 | + | EDI: AIS.COM | Oct 05 2024 00:20:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518242985 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 04 2024 20:28:00 | Chrysler Capital, POB 961275, Fort Woth, TX 76161-0275 |
| 518356257 | + | EDI: AIS.COM | Oct 05 2024 00:20:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518242986 | + | EDI: DISCOVER | | |

Case 19-19755-JNP    Doc 44    Filed 10/06/24    Entered 10/07/24 00:15:09    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2024 | Form ID: 3180W | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 518255714 | | EDI: DISCOVER | Oct 05 2024 00:20:00 | Discover, PO Box 3025, New Albany, NY 43054-3025 |
| | | | Oct 05 2024 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518242988 | | Email/Text: BNSFN@capitalsvcs.com | Oct 04 2024 20:27:00 | First National Bank, 500 E. 60th Street N, Sioux Falls, SD 57104 |
| 518242991 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2024 20:28:00 | Midland Funding-Lowes, PO Box 2001, Warren, MI 48090-2001 |
| 518242992 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 04 2024 20:27:00 | Nissan Motor Acceptance, POB 660360, Dallas, TX 75266-0360 |
| 518252338 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 04 2024 20:27:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518364480 | | EDI: PRA.COM | Oct 05 2024 00:20:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518364076 | | EDI: PRA.COM | Oct 05 2024 00:20:00 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 518242993 | + | EDI: PRA.COM | Oct 05 2024 00:20:00 | Portfolio Recovery Assoc-Capital One Ban, PO Box 12914, Norfolk, VA 23541-0914 |
| 518242994 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 04 2024 20:28:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518318884 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 04 2024 20:28:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518242996 | + | Email/Text: bankruptcy@sw-credit.com | Oct 04 2024 20:28:00 | Southwest Credit System, 4120 International Pkwy., Carrollton, TX 75007-1958 |
| 518246686 | ^ | MEBN | Oct 04 2024 20:26:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518242997 | + | EDI: PHINGENESIS | Oct 05 2024 00:20:00 | TBOM-Genesis Retail, PO Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 06, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2024 | Form ID: 3180W | Total Noticed: 34 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Joint Debtor Rebecca A Labonne terrytucker@comcast.net |
| Terry Tucker | on behalf of Debtor Joseph H Labonne Jr terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9