Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−19755−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph H Labonne Jr | Rebecca A Labonne |
| 305 N 11th St | aka Rebecca A Gill, aka Rebecca A Jessie |
| Millville, NJ 08332 | 305 N 11th St |
| | Millville, NJ 08332 |

Social Security No.:
  xxx−xx−0096                               xxx−xx−9881

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 5, 2024</u>             <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court